IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDRE P. GRANT,<br><br>    Plaintiff,<br><br>    v.<br><br>CLAYTON COUNTY, GEORGIA, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:14-CV-1279-TWT |

**ORDER**

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 34] of the Magistrate Judge recommending granting the Defendants' Motion for Sanctions [Doc. 30]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion for Sanctions [Doc. 30] is GRANTED. This action is DISMISSED.

SO ORDERED, this 10 day of August, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\14\Grant\r&r.wpd